Evan S. Schwartz
**QUADRINO & SCHWARTZ, P.C.**
666 Old Country Road, Suite 900
Garden City, New York 11530
Telephone: (516) 745-1122
Facsimile: (516) 745-0844

*Attorneys for Defendants,*
*Peter Albis, Minerva Santos, M.D., PLLC d/b/a*
*Premier Health Choice and*
*Premier Health Choice Medical, P.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY,

                        Plaintiffs,          Index No.:
                                           13-CV-1742 (PGG)

        -against-

PETER ALBIS, MINERVA SANTOS, M.D., PLLC d/b/a
PREMIER HEALTH CHOICE and
PREMIER HEALTH CHOICE MEDICAL, P.C.      **STIPULATION**
                                                         **EXTENDING TIME TO ANSWER**

                        Defendants.
------------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, for the respective parties herein that the time for Defendants' Answer to the Complaint or otherwise move is hereby extended to May 22, 2013.

        For the purposes of this Stipulation only, facsimile copies maybe deemed as originals.

This Stipulation may be executed in counterparts.

Dated: April 17, 2013

McDONNELL & ADELS, PLLC

By: *[signature]*

Elizabeth Adels, Esq.
401 Franklin Avenue
Garden City, New York 11530
Telephone: (516) 328-3500
Facsimile: (516) 328-3697

*Attorneys for Plaintiff*

QUADRINO & SCHWARTZ, P.C.

By: *[signature]*

Evan S. Schwartz, Esq.
666 Old Country Road, 9th Floor
Garden City, New York 11530
Telephone: (516) 745-1122
Facsimile: (516) 745-0844

*Attorneys for Defendants*

**SO ORDERED:**

_____